**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARNICERIA EL PASO GRANDE CORP., d/b/a ) <br> EL PASO GROCERY, an Illinois Corporation, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FLOUR LINE LLC., a Tennessee limited liability ) <br> company, and RICK EISEL, individually, ) <br> ) <br> Defendants. ) | Case No. 24-cv-07056 <br><br> Assigned Judge: <br>    Lindsay C. Jenkins <br><br> Designated Magistrate: <br>    Jeffrey Cole |

## **ORDER OF DEFAULT JUDGMENT**

    This matter, coming to be heard on Plaintiff Carniceria El Paso Grande Corp.'s Motion for Entry of an Order of Default and Default Judgment (the "**Motion**"), proper and adequate notice of the Motion having been given, the Court being duly advised in the premises, and there being good and sufficient cause, IT IS HEREBY ORDERED:

1. Plaintiff's Motion for Order of Default and Default Judgment is granted.

2. Defendants Flour Line LLC. and Rick Eisel were each properly served in this action and have failed to answer or otherwise respond to the Complaint.

3. Judgment is entered in favor of Plaintiff Carniceria El Paso Grande Corp. d/b/a El Paso Grocery and jointly and severally against Defendants Flour Line LLC. and Rick Eisel, individually, in the amount of $628,068.46, which includes attorneys' fees and costs in the amount of $17,009.92 (the "Judgment Amount").

4. Post judgment interest from January 10, 2025, will continue to accrue on the Judgment Amount at the rate of 7.00% per annum until such time as the Judgment Amount is paid in full.

Submitted by:
E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG CALANDRIELLO & KANTER, P.C.
200 West Adams St., Ste. 2425
Chicago, Illinois 60606
Phone: 312-263-2200
Fax: 312-263-2242

ENTERED:

_____
Hon. Judge Lindsay C. Jenkins
Dated 1/27/2025